# United States District Court

EASTERN DISTRICT OF WISCONSIN

DAVID KASTER,

    Plaintiff

    v.       **JUDGMENT IN A CIVIL CASE**

        CASE NUMBER: 06-C-944

JUDY SMITH, Warden,
Oshkosh Correctional Institution,

    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Kaster's petition for a writ of habeas corpus is **DENIED**.

| | |
|---|---|
| August 20, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |